IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ESTHER ESLICK and CHARLES ESLICK, )<br>)<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>GALE CULLING, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:22cv677-MHT<br>(WO) |

**JUDGMENT**

Upon consideration of the pro-tanto stipulation of dismissal (Doc. 19), which does not comply with the requirements of Federal Rule of Civil Procedure 41(a)(1), but which the court construes as a joint motion to dismiss filed by plaintiffs and defendant North Star Mutual Insurance Company pursuant to Federal Rule of Civil Procedure 41(a)(2), it is ORDERED that the motion is granted, plaintiffs' claims against defendant North Star Mutual Insurance Company are dismissed, and said defendant is terminated as a party to this action.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed.**

**DONE, this the 15th day of September, 2023.**

                                 **/s/ Myron H. Thompson**
                                 **UNITED STATES DISTRICT JUDGE**